No. 09-10644. Deon D. Roundtree, Petitioner v. United States.

560 U.S. 959, 130 S. Ct. 3402, 177 L. Ed. 2d 315, 2010 U.S. LEXIS 4579.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10645. Daniel Williams, Petitioner v. United States.

560 U.S. 959, 130 S. Ct. 3402, 177 L. Ed. 2d 315, 2010 U.S. LEXIS 4651.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 504.

No. 09-10647. Janice Ratliff, Petitioner v. United States.

560 U.S. 959, 130 S. Ct. 3403, 177 L. Ed. 2d 315, 2010 U.S. LEXIS 4648.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 376 Fed. Appx. 830.

No. 09-10651. Kenneth Burnam, Petitioner v. United States.

560 U.S. 959, 130 S. Ct. 3403, 177 L. Ed. 2d 315, 2010 U.S. LEXIS 4697.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 970.

No. 09-10652. Lyna Brooks, Petitioner v. United States.

560 U.S. 959, 130 S. Ct. 3403, 177 L. Ed. 2d 315, 2010 U.S. LEXIS 4628.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 594 F.3d 488.

No. 09-1097. Antonio Peck, a Minor, By and Through His Parents and Next Friends, Jo Anne Peck and Kenley Lester Peck, Petitioner v. Baldwinsville Central School District, et al.

560 U.S. 959, 130 S. Ct. 3386, 177 L. Ed. 2d 315, 2010 U.S. LEXIS 4658.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 351 Fed. Appx. 477.

No. 09-1231. Beibei Zhang, Petitioner v. Eric H. Holder, Jr., Attorney General.

560 U.S. 959, 130 S. Ct. 3388, 177 L. Ed. 2d 315, 2010 U.S. LEXIS 4663.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 358 Fed. Appx. 216.